**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 14-1408**

---

FORREST SATTERFIELD,

  Plaintiff – Appellant,

  and

JOAN MOORE,

  Plaintiff,

  v.

JOHNNIE NEWTON; TONYA NEWTON; NANCY CHAPMAN, EEOC; AVA MORROW, EEOC; REUBEN DANIELS, JR., EEOC; PAT MCCORY, Governor,

  Defendants - Appellees.

---

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:14-cv-00016-MR-DLH)

---

Submitted: July 24, 2014          Decided: July 28, 2014

---

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Forrest Satterfield, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Forrest Satterfield seeks to appeal the district court's order dismissing his action under Title VII of the Civil Rights Act of 1964 for failure to state a claim. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on January 24, 2014. The notice of appeal was filed on April 24, 2014. Because Satterfield failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

2

presented in the materials before this court and argument would not aid the decisional process.

DISMISSED